

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00439-CR

Fabian Ignacio Faz Flores
v.
The State of Texas

On appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. CR-4463-15-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered judgment of acquittal as to Count I, and affirmed as modified as to Count II. The Court orders the judgment of the trial court REVERSED AND RENDERED JUDGMENT OF ACQUITTAL as to Count I, and AFFIRMED AS MODIFIED as to Count II.

We further order this decision certified below for observance.

November 29, 2018